IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JACK WILSON STAMPS, JR., | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § § § | |
| UNIVERSITY OF TEXAS SYSTEM, UNIVERSITY OF TEXAS AT AUSTIN, DOREEN LORENZO, ASSISTANT DEAN OF THE COLLEGE OF FINE ARTS AND DIRECTOR OF THE SCHOOL OF DESIGN AND CREATIVE TECHNOLOGIES, IN HER INDIVIDUAL AND OFFICIAL CAPACITIES; DOUGLAS DEMPSTER, FORMER DEAN OF COFA AND CURRENT PROFESSOR AT UT AUSTIN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITES; MICHAEL BAKER, CHAIR OF THE DEPARTMENT OF ARTS AND ENTERTAINMENT TECHNOLOGIES AT UT AUSTIN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; AND DAVID COHEN, | § § § § § § § § § § § § § § § § § § § § § § | SA-23-CV-01520-JKP |
| *Defendants.* | § | |

**ORDER**

Before the Court is the above-styled cause of action. On January 8, 2024, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered service of Plaintiff's Complaint on Defendants. Rule 4(c)(3) of the Federal Rules of Civil Procedure requires the Court to order service by a United States marshal if a plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915.

**IT IS THEREFORE ORDERED** that if not already accomplished, within ten (10) days of the date of this Order, Plaintiff shall submit to the Clerk's Office a fully completed United

States Marshals Service Form 285, including fully complete addresses, for each Defendant required to be served and the United States Marshals Service shall serve each Defendant with a copy of the Complaint and a copy of this order by certified mail, return receipt requested.

 SIGNED this 10th day of January, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE