IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JACK WILSON STAMPS JR., | § § § | |
| *Plaintiff,* | § § | SA-23-CV-01520-JKP |
| vs. | § § § | |
| UNIVERSITY OF TEXAS SYSTEM, UNIVERSITY OF TEXAS AT AUSTIN, DOREEN LORENZO, ASSISTANT DEAN OF THE COLLEGE OF FINE ARTS AND DIRECTOR OF THE SCHOOL OF DESIGN AND CREATIVE TECHNOLOGIES, IN HER INDIVIDUAL AND OFFICIAL CAPACITIES; DOUGLAS DEMPSTER, FORMER DEAN OF COFA AND CURRENT PROFESSOR AT UT AUSTIN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITES; MICHAEL BAKER, CHAIR OF THE DEPARTMENT OF ARTS AND ENTERTAINMENT TECHNOLOGIES AT UT AUSTIN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; AND DAVID COHEN, | § § § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Motion to Reconsider Appointment of Counsel [#11]. By his motion, Plaintiff asks the Court to reconsider its previous order denying the appointment of counsel. Plaintiff argues the appointment of counsel would assist him in responding to a forthcoming motion to dismiss by Defendants and result in a more expedited trial process. The Court will again deny Plaintiff's request for counsel.

As the Court explained in its previous order, there is no right to the appointment of counsel in a civil case. Any attorney appointed by the Court agrees to represent a party without

1

compensation for the time expended on the representation. Given that reality, the Court's practice is to appoint an attorney only when a case has advanced past the initial pleading stage, such that the Court has determined that at least some of the claims are likely to proceed to trial. In terms of the forthcoming motion to dismiss to be filed by Defendants, the Court does not expect Plaintiff, as a non-lawyer, to respond to the motion with legal authorities and legal arguments. Plaintiff is only required to explain to the Court in his own words the factual basis of his suit. The Court is well-versed in the law and will then apply the law to Plaintiffs' pleadings.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Reconsider Appointment of Counsel [#11] is **DENIED**.

SIGNED this 23rd day of February, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE