IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. JACK WILSON STAMPS, JR., | § § | |
| *Plaintiff,* | § § § | SA-23-CV-01520-JKP |
| vs. | § § § | |
| UNIVERSITY OF TEXAS SYSTEM, UNIVERSITY OF TEXAS AT AUSTIN, DOREEN LORENZO, ASSISTANT DEAN OF THE COLLEGE OF FINE ARTS AND DIRECTOR OF THE SCHOOL OF DESIGN AND CREATIVE TECHNOLOGIES, IN HER INDIVIDUAL AND OFFICIAL CAPACITIES; DOUGLAS DEMPSTER, FORMER DEAN OF COFA AND CURRENT PROFESSOR AT UT AUSTIN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITES; MICHAEL BAKER, CHAIR OF THE DEPARTMENT OF ARTS AND ENTERTAINMENT TECHNOLOGIES AT UT AUSTIN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; AND DAVID COHEN, | § § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion to Further Extend Time to Amend Complaint [#17]. By his motion, Plaintiff, who is proceeding *pro se*, asks for additional time to file his Amended Complaint. The motion indicates Plaintiff has conferred with Defendants, and they do not oppose the extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Further Extend Time to Amend Complaint [#17] is **GRANTED**.

1

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint is due on or before **March 25, 2024**.

SIGNED this 12th day of March, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE